## UNITED STATES of America, Plaintiff–Appellee,

v.

## Dwain D. WILLIAMS, Defendant–Appellant.

### No. 13–12440
### Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 18, 2013.

John Alexander Romano, Mi Yung Claire Park, U.S. Department of Justice, Washington, DC, James N. Crane, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, Michael J. Moore, Michelle Lee Schieber, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Dwain D. Williams, Tucson, AZ, pro se.

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Ingrid Driskell, counsel for Dwain Williams has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Williams's sentences are **AFFIRMED.**